**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6662

CALVIN L. GADDY, a/k/a Calvin Lyndale Gaddy,

             Plaintiff - Appellant,

        v.

MR. ROBERT WARD; MRS. ANN HALLMAN; WARDEN LARRY CARTLEDGE;
AMY MACHANN, FSS#; ATTORNEY GENERAL'S OFFICE,

             Defendants - Appellees,

        and

DONALD ALTMAN, Perry C.I., SCDC #261468,

             Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Joseph F. Anderson, Jr., District
Judge.  (8:12-cv-03549-JFA)

Submitted:  August 28, 2014        Decided:  September 3, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin L. Gaddy, Appellant Pro Se.  Steven Michael Pruitt,
MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lyndale Gaddy appeals the district court's orders adopting the magistrate judge's report and recommendation and granting summary judgment in favor of the Defendants on his 42 U.S.C. § 1983 (2012) complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaddy v. Ward, No. 8:12-cv-03549-JFA (D.S.C. Mar. 18, 2014; Apr. 28, 2014). We deny Gaddy's petition for an extraordinary writ. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED